

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00721-CV

**PHILADELPHIA INDEMNITY INSURANCE COMPANY** a/s/o Mirsan, L.P., d/b/a Sienna
Ridge Apartments,
Appellant

v.

Carmen A. **WHITE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16235
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. It is ORDERED that appellee recover her costs of appeal from appellant.

SIGNED December 18, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice